On August 22, 1997, we remanded this case with directions to the trial court to resentence the appellant and to impose a fine within the proper statutory range for his conviction of attempted sodomy in the first degree. The appellant had been sentenced to 30 years' imprisonment and assessed a fine of $20,000 upon application of the firearm enhancement provision of § 13A-5-6(a)(5), Ala. Code 1975. A firearm was used in the commission of the offense. With application of the firearm enhancement provision of § 13A-5-6(a)(5), the proper range of punishment for attempted sodomy in the first degree is not more than 20 years and not less than 10 years, and the fine may not exceed $10,000. See §§ 13A-6-63, 13A-4-2, 13A-5-6(a), and13A-5-11(a), Ala. Code 1975. Therefore, the appellant's sentence and fine exceeded the maximum allowed by law.
On return to remand, the trial court has filed an order reflecting that it held a new sentencing hearing, after which the appellant was resentenced to 20 years' imprisonment and was assessed a fine of $10,000 for his conviction of attempted sodomy in the first degree. Because the appellant's sentence *Page 235 
and fine are now within the proper statutory range, the judgment of the trial court is hereby affirmed.
AFFIRMED.
All the Judges concur.